Case 4:12-cv-00065-HLM-WEJ Document 1 Filed 03/14/12 Page 1 of 10
Case 4:12-cv-00065-HLM-WEJ Document 1 Filed 03/22/12 Page 1 of 10
3-11-12

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

MAR 14 2012

JAMES N. HATTEN, Clerk
 / Deputy Clerk

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Ashley Alton Diamond
(Enter above the full name and prisoner
identification number of the plaintiff.)

4:12cv65-HLM/WEJ

vs.

Floyd County Sheriffs Dept
Sheriff Tim Burkhalter
Christopher Parton, Jeff Black
Various Deputies: Matt Bouge
(Enter above the full name of the defendant(s).)

I. **Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with (1) the same facts involved in this action, or (2) otherwise relating to your imprisonment?

Yes (X)   No ( )

B. If you anser to A(1) or (2) is yes, describe each lawsuit in the space below and tell us whether the "old" case involves the same facts or other issues. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): State of Georgia
Jeff Black, Matt Bouge, am

Defendant(s): Ashley Alton Diamond

2. Court (if federal court, name the district; if state court, name the county):
Superior Court
Floyd County Rome, GA

3. Docket Number: 11CR 62516 -JFL004

III. **Parties (Cont'd)**
   Address(es): _____
   _____
   _____
   _____

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Christopher Parton, Jeff Black, Matt Bouge

Employed as: Deputy "turnkey's" for Floyd County Sheriffs Office 2526 New Calhoun Hwy Rome GA 30161

at Floyd County Jail Adult Detention Rome GA 30162 Floyd County.

IV. **Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) On the 27th Day of October 2011 I was arrested by Jeff Black and Matthew Bouge. They climbed through my mothers (Diane Diamond) Kitchen window after prying it open. They said they served a warrant addressed for 1085 Kingston Dr. At 101 Garrard Ave. They assaulted me verbally and physically And placed me in the back of patrol car. Never Mandemirandizing me, or explaining their extreme force. After being put in the patrol car I was asked information about the neighbors and their activities. They stated they were willing to "help me out" in exchange for my services in the whereabouts of a gun & methanphetmines. After getting a block away from the jail. They turned around and said we were going back to the state place of arrest. Instead we parked in a empty lot behind a church. Where the deputies released me from the backseat and uncuffed me and directed me to go to the place of arrest down the street and recieve the firearm. I agreed to do so and preceding to go. When I arrived at the location. I was still bewildered & befuddled as to why they allowed me to perform such an action unsupervised. I began to panic & fear of the unknown circumstance got the best of me. I felt like I was in danger. And my returning to the hidden area with a firearm unmaned would put me in grave danger & eminence. After being housed in FCJ. I recieved threats & mistreatment from deputies. Christopher Parton (See attached)

IV. **Statement of Claim (Cont'd)**

I feel as though because I'm black and transgender I'm being unjustifiably mistreated.

V. **Relief**
State briefly exactly what you want the Court to do for you. **Make no legal arguments. Cite no cases or statutes.**

(1) I would like the Court to investigate these claims and support me with conflict-free representation. To investigate the conduct of Floyd County Jail Deputies employees for race in one in another And facility within the courts power where I can be safe and free of degrading remarks, threats racially or hatefully emitted because of actions I am accused of and hatred of my race and sexual orientation. Deputy Christopher Parton. Provide me the right to be safe and free of victimiz

(2) Remedy the situation by moving me to another facility to housed or onto GDC custody.

(3) Investigate the Escape case for improper procedure and conduct on behalf of Authorities involved. MATT BOUGE JEFF BLACK

(4) To investigate or allow authorized persons to review conduct of jail employees Ethics

(5) Make Educational efforts towards GED A.A. + N.A. meetings more acceptable accesibl

(6) Review Circut Public Defenders in Floyd County Ethics as far as zealous representation properly complying with reasonable requests for information. And look into discriminatory practices, review records from attorney Jared Campbell

(7) Check with complaints filed w The Southern Cent Rights

(8)

**V. Relief (Cont'd)** Set up a forum that will allow inmates to properly make valid complaints of Health concerns & etc. to the proper source to prevent retaliation. Make it where inmate grievances can actually be heard. Provide a mail box so that random inmates and authorities can transfer mail without worry of a privacy invasion concerns.

Signed this March day of 11, 19 12

Signature of Plaintiff

STATE OF Fla
COUNTY (CITY) OF Rome

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON March 11, 2012
(Date)

Signature of Plaintiff

III. **Previous Lawsuits (Cont'd)**

4. Name of judge to whom case was assigned: Tambra P. Colston

5. Did the previous case involve the same facts:

    Yes (✓)   No ( )
    Some

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): Currently pending an Escape charge in Superiour Court

7. Approximate date of filing lawsuit: no lawsuit

8. Approximate date of disposition: _____

II. **Exhaustion of Administrative Remedies**

A. Place of Present Confinement: Floyd County Jail | 2526 New Calhoun Hwy Rome, Georgia 30161

B. Is there a prisoner grievance procedure in this institution?

    Yes (X)   No ( )

C. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

    Yes (X)   No ( )

D. If your answer is YES:
   1. What steps did you take and what were the results?
      1) Filed several greivances w/no response
      2) Rebuffed attempts to require more of them
      3) Wrote letters to authorities in mass mailings
      4) Wrote Southern Center for Human Rights
      5) Public Defense wont use investigators
   2. If your answer is NO, explain why not: Was informed Feb 12, 2012 Dept Boston, you can only have one greivance

III. **Parties**

(In item A below, place you name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff(s): 1) Ashley Alton Diamond - 2526 New Calhoun Hwy Rome
2) Reginald Davis # 73676 housed from Polk Co Jail: 1676 Rockmart H
3) Bobby Lee # 34917 FCJ 2526 New Calhoun Hwy Rome GA Cedartown, GA
4) Jordyn Pruitt FCJ 2526 New Calhoun Hwy Rome GA 30162 30117

concerning him that he would throw something down upon 'him' ashley Diamond from the tower. I was of course shocked to hear such a thing coming from an Officer. Knowing clearly that such a statement was totally unprofessional. And since I am aware of the vindictive acts of Officers/Deputys here at the Floyd County Jail, from inmates complaining or grievancing them. I wish not to further within "this letter" make any more mentioning of the negligence, discriminating, or ill legitimatey going on inside of this Jail, for the fear of my own safety. And I personally would like to be housed back in Polk County Jail in Cedartown, GA 30125 because I have no charges at all here in Floyd County at all. Finally, with partially all said. It is within my hopes that this matter is handled carefully and properly resolved. Thanks for your time and Concern.

Respectfully, Submitted
Reginald L. Davis #73676
Reginald L. Davis

There should also be a rubber mat at the top of the steps and [bottom] of the steps.

[Temper]ature in the cells and cell blocks should be monitered.

4) Staff needs to be required to go by the same hand books that the inmates have to follow.

5) Our showers have mold on the wall, drains full of dubree. And we are not allowed the cleaning material required to keep this clean. This is putting all inmates at risk of sickness and life long dissability.

All inmates would like for this court to know that this is respectfully submitted, without harrasment as we only want our rights, safety, and health issues addressed. It is our hopes and prayers that this honorable court will please seriously consider our issues. We [would like to thank] you for your time, Attention and Consideration as [it is greatly] appreciated. We do look very much forward to [hearing from] you in the near future.

Respectfully Submitted,

Justin Baltimore

Justin Baltimore #98874
Floyd County Jail
M-Block

March, 5 2012
Justin Baltimore

MARCH 5, 2012

...plaint is respectfully submitted And is being ... very much hope of resolving the following ... the Floyd County Jail, And An effort to see All inmates ARe treated Professionally, with ...spect, And equal no matter your Change, NAme, religion, Color, sex, or national origin, And everyone Allowed their united states Constitutional rights Along with our Georgia Constitutional rights. Below Please find our issues we Are in Great hope can be resolved without Any further injustice occuring

1) Sanitation, we ARE Forced to live in cells that Are not clean, have mold All over the walls, And wAnt Allow us cleaning ...erial.

... ARe forced to eat out in the open, with A drop ceiling ...ing pieces, dust falling on our food, And exsposed ... work that never get cleaned.

... ARe not Allowed A Recreation call At All.

...ates need to be Allowed Haircuts upon request, weekly ... to PrePare ourselfs for Court APPearence.

... Allowed to recieve Pictures of our family, to help ... our rehabilitation And reuniting us with our ...mily.

... our mail to be droped into A Proper united states ...ail Box by the Person mailing his or her mail Personally. ...ere Should be A mail Box Provided in each cell block Ar

ur rights, safety, and health issues addressed. It is our hopes and prayers that this honorable court will please seriously consider our issues. We want to thank you for your time, attention, and consideration as it is very greatly appreciated. We do look very much forward to hearing from you in the future.

Respectfully, submitted

*Jordan Pruitt*

Jordan Pruitt

I Jordan Pruitt am a witness to the inhumane treatment and statements towards Ashley Diamond to me and my roomate in the M Block of the Floyd County Jail. He, a Deputy 161, Asked me and my roomate, Giorgio Fleetwood if we wanted that "faggot upstairs, to shave our dicks." This was very innaproiate. This was just one of many.

respectfully submitted,
Jordan Pruitt
Jordan Pruitt
2526 Calhoun Hwy
Rome GA