# CIVIL COVER SHEET FOR A PRISONER CASE

JUDGE __HLM__  DIVISION __Rome__
MAG. JUDGE __WEJ__ REFER __✓__ (Y/N)   IPP __✓__ FEE PAID ____
DATE FILED __3-22-12__   PREVIOUS CASES __✓__ (Y/N) 4:12cv16

NAME __Reginald L. Davis__   I.D. # __73676__
PRO SE __✓__   ATTORNEY _____
PLACE OF INCARCERATION __Floyd County Jail__
   CITY/STATE __Rome, GA__   COUNTY __Floyd__

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___ 28:2254 | Habeas action by a State prisoner challenging state conviction or sentence. |
| 3 | 535 | ___ 28:2254d | Habeas action by a State prisoner under a DEATH sentence. ___SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___ 28:2241st | Habeas action by a State prisoner or detainee challenging matters other than conviction or sentence (e.g., parole revocation, loss of good time credit, etc.). |
| 2 | 530 | ___ 28:2241fd | Habeas action by a Federal prisoner or detainee challenging matters other than conviction or sentence (e.g., parole revocation, loss of good time credit, etc.). |
| 3 | 550 | ✓ 42:1983pr | State or Federal prisoner civil rights action suing state officials not involving prison conditions. |
| 2 | 550 | ___ 28:1331pr | Prisoner civil rights action suing federal officials not involving prison conditions. (a/k/a "Bivens action"). |
| 3 | 555 | ___ 42:1983pr | State prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___ 28:1331pr | Prisoner civil rights action suing federal officials involving prison conditions. (a/k/a "Bivens action"). |
| 2 | 540 | ___ 28:1346 | Prisoner Federal Tort Claim. (against U.S.). |
| 2 | 540 | ___ 28:1361pr | Action to compel U.S. officer to perform a duty - MANDAMUS. |
| 4 | 540 | ___ 28:1332 | Any prisoner action based on diversity. |
| ___ | 540 | ___ _____ | OTHER: _____ |

___ DOCKET CLERK - Place cover sheet in acco on top of docket sheet and file, and FORWARD to Mag. Judge Harper for assignment to a staff law clerk.

___ STAFF LAW CLERK

   ___ pauper's affidavit insufficient or no affidavit
   ___ complaint or petition not signed or is incomplete
   ___ no copies
   ___ other _____