**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF GEORGIA**

**ROME  DIVISION**

Reginald L. Davis,

#73676

                              Plaintiff,              CIVIL ACTION FILE

vs.                                         NO.4:12-cv-70-HLM

Christopher Parton, et al

                          Defendants

J U D G M E N T

This action having come before the Court, Honorable  Harold L. Murphy, United States District Judge, and the Court having

adopted the Magistrate Judge's final report and recommendation and dismissed this case without prejudice under Local Rule 41.3A(2)

because Plaintiff failed to obey a lawful Court Order, or, alternatively, under Local Rule 4.12(C), based on Plaintiff's failure to keep

his address updated,  it is:

        Ordered  and  Adjudged that the same hereby is dismissed without prejudice.

        Dated at Rome, Georgia, this 11th day of December, 2012

                                     JAMES N. HATTEN

                                     DCE/CLERK

                           By:    S/Brenda Hambert

                               Deputy Clerk

Prepared, Filed, and Entered

in  the Clerk's Office

 December 11, 2012

JAMES N. HATTEN

DCE/CLERK

By:  S/Brenda Hambert

        Deputy Clerk